# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00757-CR

**Jose Guadalupe Medina, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO 3 OF HAYS COUNTY
### NO. 20-2673CR-2, THE HONORABLE CHRISTOPHER P. JOHNSON, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Jose Guadalupe Medina pleaded no contest to the charge of driving while intoxicated, and the trial court placed him on deferred-adjudication community supervision for fifteen months. *See* Tex. Penal Code § 49.04; Tex. Code Crim. Proc. art. 42A.101. After Medina was placed on deferred-adjudication community supervision, his retained attorney filed a notice of appeal. Medina's retained attorney later filed a motion to withdraw as counsel, and this Court granted the motion. *See* Tex. R. App. P. 6.5. Medina's appellant's brief was due on May 1, 2024. On June 10, 2024, this Court sent Medina a notice stating that appellant's brief was overdue and that a failure to file a satisfactory response by June 20, 2024, would result in further action being taken by this Court. No brief or request for an extension by Medina has been filed, and Medina has not otherwise responded to this Court's notice that the brief was overdue.

Under these circumstances, we abate the appeal and remand the cause to the trial court to hold a hearing. *See* Tex. R. App. P. 38.8(b)(2), (3), 43.6. During the hearing, the trial court shall admonish Medina about his right to be represented by counsel on appeal and the dangers and disadvantages of proceeding pro se, *see* Tex. Code Crim. Proc. art. 1.051(g), and shall determine whether Medina desires to prosecute this appeal, whether he wants to proceed pro se, and whether he is indigent, *see* Tex. R. App. P. 38.8(b)(2), (3). If Medina wants to prosecute this appeal and is not indigent, the trial court shall determine whether he has made the necessary arrangements for filing a brief. *See id.* If Medina wants to prosecute this appeal, is indigent, and wants counsel appointed to represent him, the trial court should make appropriate orders to ensure that he is adequately represented on appeal.

The trial court will advise Medina or his counsel, if any, that his appellant's brief is due within thirty days of the date of the trial court's hearing. The trial court shall make appropriate written findings and recommendations. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings, conclusions, and orders—to be prepared and forwarded to this Court no later than July 26, 2024. *See* Tex. R. App. P. 34.5(c)(2), .6(d), 38.8(b)(2), (3).

It is ordered on July 2, 2024**.**

Before Justices Baker, Triana, and Kelly

Abated and Remanded

Filed   July 2, 2024

Do Not Publish